JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

      -v.-                      :       INDICTMENT

DO HYUN BILLY KIM,               :       07CRIM 741

      Defendant.                :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about April 2007, up to and including in or about July 2007, in the Southern District of New York and elsewhere, DO HYUN BILLY KIM, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, and organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount exceeding $1,000, to wit, KIM, while employed by JPMorgan Chase Bank, at the branch located at 305 7th Avenue, New

York, New York  10001, made unauthorized withdrawals exceeding $1,000 from the bank accounts of JPMorgan Chase Bank customers.

(Title 18, United States Code, Section 656.)

_/s/ Katherine U. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DO HYUN BILLY KIM,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine N. Brooks*
Foreperson.

08/10/07 INDICTMENT FILED. CASE ASSIGNED TO J. DANIELS
ERP

Fox, J.